IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **IN RE:** | CASE NO. 24-32537 |
| Shawnda Elizabeth Richardson<br>**DEBTOR** | CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take notice that the undersigned firm of attorneys is appearing on behalf of the following party in the above referenced bankruptcy case:

**Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R8, regarding real estate located at <u>1635 W DONOVAN ST, HOUSTON, TX 77091</u>.**

This party is a party in interest in this case and a secured creditor of the Debtor.

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

    Respectfully submitted,
    ***Codilis & Moody, P.C.***

    <u>By:  /s/ Kathryn Dahlin</u>
    Kathryn N. Dahlin SBOT#24053165
    Kerrie S. Mattson-Neal ARDC#6270224
    Nicole Bartee SBOT#24001674
    Marla A. Skeltis SBOT#24136182
    TX.bkpleadingsSOUTH@tx.cslegal.com
    20405 State Highway 249, Suite 170
    Houston, TX 77070
    Telephone: (281) 925-5200
    **ATTORNEYS FOR SECURED CREDITOR**
    File No. 44-24-00213

NOTE: This law firm is a debt collector.

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, a true and correct copy of the above and foregoing documents shall be served via electronic means, if available, otherwise by regular, first class mail on June 6, 2024 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

Karen Kisch
6915 Kelsey Rae Court
Houston, TX 77069
**ATTORNEY FOR DEBTOR**

Tiffany D Castro
9821 Katy Freeway, Ste 590
Houston, TX 77024
**CHAPTER 13 TRUSTEE**

Respectfully submitted,
***Codilis & Moody, P.C.***

/s/ Kathryn Dahlin
Kathryn N. Dahlin SBOT#24053165
Kerrie S. Mattson-Neal ARDC#6270224
Nicole Bartee SBOT#24001674
Marla A. Skeltis SBOT#24136182
TX.bkpleadingsSOUTH@tx.cslegal.com
**ATTORNEYS FOR SECURED CREDITOR**
File No. 44-24-00213

NOTE: This law firm is a debt collector.