**Codilis & Moody, P.C.**
20405 State Highway 249, Suite 170
Houston, TX 77070 (281) 925-5200
**ATTORNEYS FOR SECURED CREDITOR**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-32537 |
| Shawnda Elizabeth Richardson | § | |
| **DEBTOR** | § | CHAPTER 13 |

### OBJECTION TO CONFIRMATION
(Related to Docket No. 25)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R8, its successors and/or assigns ("Creditor"), secured creditor and party in interest in the above referenced case, files this Objection to Confirmation. In support of its Objection, Creditor respectfully shows:

1. Creditor retains a purchase money security interest in the real property located at 1635 W DONOVAN ST, HOUSTON, TX, 77091. Creditor intends to file its Proof of Claim with proper documentation for $25,792.17 in pre-petition arrearages on the debt owed to it.

2. The Chapter 13 Plan provides for pre-petition arrearages in the amount of $24,533.76 to Creditor.

3. The Plan as proposed does not adequately comply with 11 U.S.C §1322(b)(2) and (5) as it does not adequately protect Creditor's interest in this collateral.

4. The Plan does not comply with 11 U.S.C §1325(a)(6) because it is not feasible as it does not adequately fund payment in full of Creditor's prepetition arrearage claim.

5. The Plan does not comply with 11 U.S.C. § 1325(a)(3) as it has not been proposed in good faith.

WHEREFORE, Creditor respectfully requests an Order sustaining its Objection to Confirmation and for such other relief to which Creditor may show itself justly entitled, either at law or in equity.

Respectfully submitted,

Codilis & Moody, P.C.

By: <u>/s/ Kathryn N. Dahlin</u>
Kathryn N. Dahlin SBOT#24053165
Kerrie S. Mattson-Neal ARDC#6270224
Nicole Bartee SBOT#24001674
Marla A. Skeltis SBOT#24136182
Peter C. Bastianen ARDC#6244346
20405 State Highway 249, Suite 170
Houston, TX 77070
(281) 925-5200
TX.bkpleadingsSOUTH@tx.cslegal.com
File No. 44-24-00213
**ATTORNEYS FOR SECURED CREDITOR**

NOTE: This law firm is a debt collector.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Objection to Confirmation was served on 7/29/2024 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid, and/or by electronic notice on 7/29/2024.

Shawnda Elizabeth Richardson
1635 W Donovan St
Houston, TX 77091
**DEBTOR**

Karen Kisch
6915 Kelsey Rae Court
Houston, TX 77069
**ATTORNEY FOR DEBTOR**

Tiffany D Castro
9821 Katy Freeway, Ste 590
Houston, TX 77024
**CHAPTER 13 TRUSTEE**

UNITED STATES TRUSTEE
515 RUSK SUITE 3516
HOUSTON, TX 77002

**PARTIES REQUESTING NOTICE:**
PHH Mortgage Corporation

1 Mortgage Way
Mount Laurel, NJ 08054
**SECURED CREDITOR**

            Codilis & Moody, P.C.

            /s/ Kathryn N. Dahlin
            Kathryn N. Dahlin SBOT#24053165
            Kerrie S. Mattson-Neal ARDC#6270224
            Nicole Bartee SBOT#24001674
            Marla A. Skeltis SBOT#24136182
            Peter C. Bastianen ARDC#6244346
            File No. 44-24-00213

**ATTORNEYS FOR SECURED CREDITOR**

NOTE: This law firm is a debt collector.