**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| **Shawnda Elizabeth Richardson** § | |
| § | **CASE NO. 24-32537** |
| **DEBTOR** § | |
| § | **CHAPTER 13** |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION
(Docket No. 29)

Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R8, its successors and assigns, (hereinafter referred to as "PHH") files this Notice of Withdrawal of its Objection to Confirmation ("Objection") and in support thereof would show the Court as follows:

On 07/29/2024 PHH filed a(n) Objection under Docket No. 29. PHH wishes to withdraw the Objection.

Respectfully submitted,

*Codilis & Moody, P.C.*

By: /s/ Kathryn N. Dahlin
Kathryn N. Dahlin SBOT#24053165
Kerrie S. Mattson-Neal ARDC#6270224
Nicole Bartee SBOT#24001674
Marla A. Skeltis SBOT#24136182
Peter C. Bastianen ARDC#6244346
Michael J. Kulak IN Atty. #21347-53
20405 State Highway 249, Suite 170
Houston, TX 77070
Telephone: (281) 925-5200
Email: TX.bkpleadingsSOUTH@tx.cslegal.com
**ATTORNEYS FOR SECURED CREDITOR**
File No. 44-24-00213

NOTE: This law firm is a debt collector.

## CERTIFICATE OF SERVICE

I hereby certify that on 08/13/2024 a true and correct copy of the above and foregoing documents shall be served via electronic means, if available, otherwise by regular, first class mail to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

Shawnda Elizabeth Richardson
1635 W Donovan St
Houston TX 77091
**DEBTOR**

Karen Kisch
6915 Kelsey Rae Court
Houston, TX 77069
**ATTORNEY FOR DEBTOR**

Tiffany D Castro
9821 Katy Freeway, Ste 590
Houston, TX 77024
**CHAPTER 13 TRUSTEE**

**UNITED STATES TRUSTEE**
515 RUSK SUITE 3516
HOUSTON TX 77002

*Codilis & Moody, P.C.*

 /s/ Kathryn N. Dahlin
Kathryn N. Dahlin SBOT#24053165
Kerrie S. Mattson-Neal ARDC#6270224
Nicole Bartee SBOT#24001674
Marla A. Skeltis SBOT#24136182
Peter C. Bastianen ARDC#6244346
Michael J. Kulak IN Atty. #21347-53
**ATTORNEYS FOR SECURED CREDITOR**
File No. 44-24-00213

NOTE: This law firm is a debt collector.